# United States District Court
# For The Western District of North Carolina
# Asheville Division

MORRIS T. LITTLE,

        Plaintiff,　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　1:11cv338

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration ,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order of Remand.

        Signed: April 25, 2012

        Frank G. Johns, Clerk
        United States District Court