# United States District Court
# For The Western District of North Carolina
# Asheville Division

MORRIS T. LITTLE,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration ,

        Defendant.

JUDGMENT IN A CIVIL CASE

1:11cv338

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order of Remand.

Signed: April 25, 2012

Frank G. Johns, Clerk
United States District Court